Riches v. Taylor et al                                                                                                                        Doc. 3

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| JONATHAN LEE RICHES, <br> Plaintiff, <br><br> v. <br><br> VARIOUS DEFENDANTS. | Civil Action No. 7:08-cv-00137; 7:08-cv-00175; <br> 7:08-cv-00176; 7:08-cv-00177; 7:08-cv-00178; <br> 7:08-cv-00179; 7:08-cv-00180; 7:08-cv-00181; <br> 7:08-cv-00182; 7:08-cv-00183; 7:08-cv-00184; <br> 7:08-cv-00185; 7:08-cv-00186 <br><br> **FINAL ORDER** <br><br> By: Samuel G. Wilson <br> United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby **ADJUDGED AND ORDERED** that

1. Riches' complaints in the above-referenced civil actions are hereby **DISMISSED** without prejudice pursuant to 28 U.S.C. § 1915(g);

2. Riches' requests to proceed in forma pauperis are **DENIED as MOOT**; and

3. The above-referenced cases will be **STRICKEN** from the active docket of the court.

The Clerk of the Court is directed to a send certified copy of this Order and the accompanying Memorandum Opinion to plaintiff.

ENTER: This 21st day of February, 2008.

_____
United States District Judge

Dockets.Justia.com