CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

FEB 2 1 2008

JOHN F. CORCORAN, CLERK
BY:
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### ROANOKE DIVISION

| | | |
|---|---|---|
| **JONATHAN LEE RICHES,** | ) | Civil Action No. 7:08-cv-00137; 7:08-cv-00175; |
| **Plaintiff,** | ) | 7:08-cv-00176; 7:08-cv-00177; 7:08-cv-00178; |
| | ) | 7:08-cv-00179; 7:08-cv-00180; 7:08-cv-00181; |
| | ) | 7:08-cv-00182; 7:08-cv-00183; 7:08-cv-00184; |
| | ) | 7:08-cv-00185; 7:08-cv-00186 |
| **v.** | ) | |
| | ) | **FINAL ORDER** |
| | ) | |
| **VARIOUS DEFENDANTS.** | ) | **By: Samuel G. Wilson** |
| | ) | **United States District Judge** |

In accordance with the Memorandum Opinion entered this day, it is hereby **ADJUDGED AND ORDERED** that

1. Riches' complaints in the above-referenced civil actions are hereby **DISMISSED** without prejudice pursuant to 28 U.S.C. § 1915(g);

2. Riches' requests to proceed in forma pauperis are **DENIED as MOOT**; and

3. The above-referenced cases will be **STRICKEN** from the active docket of the court.

The Clerk of the Court is directed to a send certified copy of this Order and the accompanying Memorandum Opinion to plaintiff.

ENTER: This 21st day of February, 2008.

United States District Judge